# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2606 |
| | Honorable Robert B. Kugler, District Court Judge |
| This document relates to:<br>**Jason L. Wilson v Daiichi Sankyo, Inc., et al.** | Honorable Joel Schneider, Magistrate Judge |

## SHORT FORM COMPLAINT

Plaintiff(s) file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in the *Plaintiffs' Master Long Form Complaint and Jury Demand in In re: Benicar (Olmesartan) Products Liability Litigation,* MDL 2606 in the United States District for the District of New Jersey, Camden Vicinage. Plaintiff(s) file this Short Form Complaint as permitted by Case Management Order No. 6 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint and Jury Demand,* where certain claims require specific pleading and/or amendments, Plaintiff(s) shall add and include them herein.

# IDENTIFICATION OF PARTIES

## Identification of Plaintiff(s)

1.  Name and residence of the individual injured due use of *olmesartan* product(s): **Jason L. Wilson, 9260 W. Lauderdale Rd., Collinsville, MS 39325** _____

    _____

2.  Plaintiff(s) is/are a citizen of **Mississippi** _____

3.  Consortium Claim(s): The following individual(s) allege damages for loss of consortium: **Not Applicable** _____

    _____

4.  Survival and/or Wrongful Death Claims:

    a.  Name and residence of Decedent Plaintiff when he/she suffered *olmesartan* products(s) related injuries and/or death: **Not Applicable** _____

    _____

    _____

5.  Plaintiff/Decedent was born on: **6/1/1976** _____

6.  Plaintiff filing this case in a representative capacity as the **Not Applicable** _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____

    _____

Plaintiff(s) claims damages as a result of:

✓ injury to herself/himself

_____ injury to the person represented

_____ wrongful death

_____ survivorship action

✓ economic loss

_____ loss of services

_____ loss of consortium

**Identification of Defendants**

7. Plaintiff(s)/Decedent Plaintiff(s) is/are suing the following Defendant(s) (please check all that apply):

**Daiichi Sankyo Defendants:**

✓ Daiichi Sankyo, Inc.

✓ Daiichi Sankyo U.S. Holdings, Inc.

✓ Daiichi Sankyo Co., Ltd.

**Forest Defendants:**

✓ Forest Laboratories, LLC, f/k/a Forest Laboratories, Inc.

✓ Forest Pharmaceuticals, Inc.

✓ Forest Research Institute, Inc.

**Additional Defendants:**

☐ Other Defendant(s) (please specify): _____

_____

_____

## JURISDICTION AND VENUE

**Jurisdiction:**

8.  Jurisdiction in this Short Form Complaint is based on:

☑ Diversity of Citizenship

☑ Other (As set forth below, the basis of any additional ground for jurisdiction must be plead in sufficient detail as required by the applicable Federal Rules of Civil Procedure) **CMO 4 allowing for direct filing in this court**

_____

_____

_____

**Venue:**

9.  District Court and Division in which remand trial is proper and where you might have other filed this Short Form Complaint absent the direct filing order by this Court:

**United States District Court for the Southern District of Mississippi**

_____

_____

_____

## CASE SPECIFIC FACTS

10. Plaintiff(s) currently reside(s) in (City, State):

**Collinsville, MS**

11. At the time of Plaintiff's/Decedent's *olmesartan* product(s) injury, Plaintiff/Decedent resided in (City, State):

**Collinsville, MS**

12. Plaintiff/Decedent began using *olmesartan* product(s) as prescribed and indicated on or about the following date: **2012**.

13. Plaintiff/Decedent was prescribed and used the following *olmesartan* products:

- [✓] BENICAR®
- [ ] BENICAR HCT®
- [ ] AZOR®
- [ ] TRIBENZOR®

14. As a result of ingesting *olmesartan* products, Plaintiff/Decedent suffered personal and economic injur(ies), including, but not limited to, the following:

**Severe and Chronic Diarrhea, Nausea; Dehydration; Severe Stomach Pain Sprue-like enteropathy, Psychological Damage; Symptoms and problems diagnosed as IBS; Severe Mental and/or Physical Pain; Economic Loss; Rectal Bleeding; Need for Medical Monitoring; Lost Earnings and Earning Capacity; Vomiting; Past and future medical care and expenses; Past Present and Future impairment; pain and suffering; emotional distress; loss of enjoyment of life; all noneconomic damages available and established by the evidence; and all damages claimed in the prayer for relief portion of the Master Long Form Complaint.**

## CAUSES OF ACTION

15. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

16. The following claims and allegations asserted in the *Master Long Form Complaint and Jury Demand* are herein adopted by the Plaintiff(s):

- [✓] Count I: Products Liability – Design Defect (Strict Liability)
- [✓] Count II: Products Liability – Failure to Warn (Strict Liability)
- [✓] Count III: Gross Negligence
- [✓] Count IV: Negligence
- [✓] Count V: Negligence *per se*
- [✓] Count VI: Negligent Design
- [✓] Count VII: Negligent Misrepresentation
- [✓] Count VIII: Fraudulent Concealment
- [✓] Count IX: Constructive Fraud
- [✓] Count X: Fraud
- [✓] Count XI: Breach of Express Warranties
- [✓] Count XII: Breach of Implied Warranties
- [✓] Count XIII: Unjust Enrichment
- [✓] Count XIV: Violation of Consumer Protection Law of the State of __Mississippi__.
- [ ] Count XV: Loss of Consortium
- [ ] Count XVI: Wrongful Death

☐ Count XVII: Survival Action

☑ Count XVIII: Punitive Damages

☐ Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in paragraph (4) above. If Plaintiff(s) include(s) additional theories of recovery, to the extent that they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure.

_____

_____

_____

_____

_____

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interests, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the *Master Long Form Complaint and Jury Demand* as appropriate.

# JURY DEMAND

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: **12/14/15**

Respectfully Submitted by,

**/s/ David C. DeGreeff**
**Thomas Cartmell, MO 45366**
**Jeff Kuntz, MO 52371**
**David DeGreeff, MO 55019**
**Wagstaff & Cartmell, LLP**
**4740 Grand Ave., Suite 300**
**Kansas City, MO 64112**
**816-701-1100**
**tcartmell@wcllp.com**
**jkuntz@wcllp.com**
**ddegreeff@wcllp.com**

**Counsel for the Plaintiff(s)**